UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| TIMOTHY STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:17-cv-00039-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TRANS UNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Stipulation of Dismissal with Prejudice between Plaintiff and Defendant Trans Union, LLC. [R. 11.] By previous Order, the parties were directed to file an agreed order of dismissal. [*See* R.10.] Plaintiff and Defendant have now notified the Court that "all matters herein between [the parties] have been compromised and settled" and they request that the action be dismissed, with prejudice. *Id.* Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Stipulation of Dismissal [R. 11] is accepted as an agreed order of dismissal; and

2. Timothy Stewart's claims against Defendant Trans Union, LLC, are **DISMISSED WITH PREJUDICE**; and

3. As agreed, each party shall bear his, her, or its own costs; and

4. This matter is **STRICKEN** from the Court's active docket;

This the 4th day of August, 2017.

Gregory F. Van Tatenhove
United States District Judge